# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTLAKE FLOORING COMPANY, LLC a California limited liability company,<br><br>    Plaintiff,<br>v.<br><br>CAR WERKS, LLC, DAVID M. PALMER, an individual, and DOES 1-50, inclusive<br><br>    Defendant(s). | CASE NO.: LACV14-09905 RGK (PJWx)<br><br>[PROPOSED] JUDGMENT |

    Plaintiff WESTLAKE FLOORING COMPANY, LLC, a California limited liability company, having properly filed Requests for Default as to Defendants CAR WERKS, LLC and DAVID M. PALMER, to which defaults were entered as to Defendant CAR WERKS (Document 31) and DAVID M. PALMER (Document 35) and after proper filing of an Application for Default Judgment by Judge as to Defendants CAR WERKS, LLC and DAVID M. PALMER the court, after reading

1

the aforementioned Application and declarations in connection thereto, grants said Application and Orders the Following:

## JUDGMENT

GOOD CAUSE APPEARING,

JUDGMENT IS ORDERED entered in favor of Plaintiff WESTLAKE FLOORING COMPANY, LLC, a California limited liability company and against Defendants CAR WERKS, LLC and DAVID M. PALMER jointly and severally in the sum of $170,520.75 ~~One Hundred Seventy One Thousand Three Hundred Ninety One Dollars and Fifty One cents ($171,391.51)~~. Costs are awarded in an amount to be determined by application to the Clerk of the Court.

DATED: DEC 1 2015

R. GARY KLAUSNER
United States District Judge